IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY JAMES MOORE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-2913 |
| | § | |
| LORIE DAVIS, Director, Texas | § | *** DEATH PENALTY CASE *** |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| *Respondent*. | § | |

**PETITIONER BOBBY JAMES MOORE'S FOURTH STATUS ADVISORY
[CORRECTED]**

**THIS IS A DEATH PENALTY CASE**

In accordance with this Court's Order Staying and Administratively Closing Case (Doc. No. 8), petitioner Bobby James Moore ("Mr. Moore") files this (corrected) fourth advisory regarding his status within the Texas Department of Criminal Justice (the "TDCJ").

1. In his last advisory (Doc. No. 16), Mr. Moore advised this Court that in accordance with the February 19, 2019 decision of the United States Supreme Court, the Texas Court of Criminal Appeals on December 2, 2019, issued its mandate reforming Mr. Moore's sentence of death to a sentence of life imprisonment, and the TDCJ accordingly removed Mr. Moore from death row and transferred him to a different unit to serve his sentence.

2. Upon his removal from death row, Mr. Moore became eligible for parole.

3. On June 8 2020, the Texas Board of Pardons and Paroles granted parole for Mr. Moore, directing that he be released on parole supervision. *See* Exhibit A to this Advisory.[1]

---

[1] This advisory has been revised to attach the correct Exhibit A, which is the TDCJ Parole Review Information.

4. Counsel for Mr. Moore has been advised that it may take some time for TDCJ to complete the paperwork and release Mr. Moore. Counsel will promptly advise the Court of further developments.

Dated: June 9, 2020.

Respectfully submitted,

By    */s/ Anne M. Rodgers*
      Anne M. Rodgers
      State Bar No. 17133925
      S.D. Tex. Bar No. 12576
anne.rodgers@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:   (713) 651-5246

*Attorney-in-Charge for Petitioner Bobby James Moore*

OF COUNSEL:

Warren S. Huang
State Bar No. 00796788
Nicole Lynne
State Bar No. 24095526
Patrick Doyle
State Bar No. 24116301
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile:  (713) 651-5246

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2020, this advisory was electronically transmitted to the Clerk of Court using the CM-ECF system for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Anne M. Rodgers*
Anne M. Rodgers
